# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

**FILED
CLERK**

12:50 pm, Jun 03, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

June 2, 2021

**Via ECF**
The Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
 For the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Tenzer-Fuchs v. CarGurus, Inc.*, Case No. 2:21-cv-01176-GRB-SIL
           **Request to Stay**

Dear Judge Shields:

We represent defendant CarGurus, Inc. ("Defendant") in connection with the above-referenced action. Pursuant to Your Honor's Individual Practice Rules, we write, with the consent of counsel for Plaintiff Michelle Tenzer-Fuchs ("Plaintiff"), to inform the Court that the parties have reached an agreement in principle to resolve this matter. Accordingly, counsel for Defendant respectfully requests that the Court stay all deadlines in this matter for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. As noted above, Counsel for Plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 6/3/2021
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001